# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

128196

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LINDA REAM and TERRY REAM,
     Plaintiffs-Appellees,

v

BURKE ASPHALT PAVING, JOHN
BURKE, and CHAN CULBERT,
     Defendants-Appellants.

SC: 128196
COA: 238824
Ingham CC: 99-091090-NI

_____/

     On order of the Court, the application for leave to appeal the February 1, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

p1012

          Clerk